**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL KEITH CAHOON,

    Plaintiff,

v.                                            Case No: 05-CV-71087-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

This matter case was referred to United States Magistrate Judge Donald A. Scheer pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  The magistrate judge issued his report on October 17, 2005, recommending that defendant's motion for summary judgment should be granted.  No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C), thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

## **ORDER**

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Defendant's motion for summary judgment is **GRANTED.**

IT IS SO ORDERED.

     S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 10, 2005, by electronic and/or ordinary mail.

     S/Lisa Wagner

Case Manager and Deputy Clerk
(313) 234-5522